1
2
3
4

5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7    JACKSON LEE,

                                                    NO:  2:22-CV-0102-TOR
8                         Plaintiff,

                                                    ORDER ON VOLUNTARY
9         v.                                         DISMISSAL WITH PREJUDICE

10   MOUNTAIN LICENSES, L.P.,
     doing business as Fox 28,
11
                          Defendant.
12

13        BEFORE THE COURT is the parties' Stipulation of Voluntary Dismissal

14   (ECF No. 11).  The stipulation is filed pursuant to Federal Rule of Civil Procedure

15   41(a)(1)(A)(ii) and provides that the action is dismissed with prejudice with each

16   party to bear its respective attorney's fees and costs.  The Court has reviewed the

17   record and files herein and is fully informed.

18        According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without

19   a court order by filing a stipulation signed by all parties who have appeared.

20

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2      Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

3  **DISMISSED** with prejudice, each party will bear its respective attorney's fees and

4  costs.

5      The District Court Executive is directed to enter this Order and Judgment

6  accordingly, furnish copies to counsel, and **CLOSE** the file.

7      **DATED** August 24, 2022.

8  

9                  THOMAS O. RICE
              United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2